**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| FRANCISCO ENRIQUE CORTEZ MARTINEZ, *et al.*, ) ) ) ) | |
| Petitioners, ) | Civil Action No. 8:26-cv-01410-LKG |
| ) | |
| v. ) | Dated: April 17, 2026 |
| ) | |
| VERNON LIGGINS, *et al.*, ) ) | |
| Respondents. ) ) | |

## ORDER

On April 10, 2026, the Petitioners filed the petition for a writ of habeas corpus in the above-captioned matter.  ECF No. 1.  On April 16, 2026, the parties submitted status reports. ECF Nos. 9 and 10.  In the Government's status report, the Government states, among other things, that: (1) the facts in this case, as to Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes, do not differ in any material fashion from those in *Velasquez v. Noem*, No. 25-cv-3215- GLR, 2025 WL 3003684 (D. Md. Oct. 27, 2025); *Villanueva Funes v. Noem*, No. 25-cv-3860- TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026); and, *Leal-Hernandez v. Noem*, No. 25-cv-02428- JRR, 2025 WL 2430025 (D. Md. Aug. 24, 2025) and (2) no further briefing is necessary for Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes.  ECF No. 9 at 1-3.  And so, the Government requests that the Court resolve the claims of these Petitioners without further briefing.  *Id.* at 3.

In the Petitioners' status report, the Petitioners state, among other things, that: (1) the Government has recognized that the facts in this habeas petition, as to Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes, do not differ in any material fashion from those in *Velasquez v. Noem*, No. 25-cv-3215- GLR, 2025 WL 3003684 (D. Md. Oct. 27, 2025); *Villanueva Funes v. Noem*, No. 25-cv-3860- TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026); and, *Leal-Hernandez v. Noem*, No. 25-cv-02428- JRR, 2025 WL 2430025 (D. Md. Aug. 24, 2025); (2) no further briefing is necessary for Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes; and (3) the parties do not agree that Petitioners Bryan Franscisco

Cortez Martinez and Rafael Antonio Melgar are like these previous cases.  ECF No. 10 at 3 and 5.

In light of the foregoing, the Court:

(1) **GRANTS-in-PART and DENIES-in-PART** the Petitioner's petition for writ of habeas corpus as to Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes (ECF No. 1);

(2) **ORDERS** the following:

a.   The Respondents are **ENJOINED** from detaining Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes pursuant to 8 U.S.C. § 1225(b).

b.   Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes are detained under 8 U.S.C. § 1226(a) and are entitled to a bond hearing consistent with 8 C.F.R. § 236.1(d), 8 C.F.R. § 1003.19 and 8 C.F.R. § 1236.1(d).

c.   **On or before April 29, 2026**, the Respondents shall provide Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes an initial determination by an immigration officer on the Petitioner's bond or detention under 8 U.S.C. § 1226(a) in Maryland.

d.   If the immigration officer does not release the Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes on a bond, the Respondents shall arrange for the Petitioners to receive, **on or before April 29, 2026**, a bond hearing before an immigration judge, at which they can be represented by their present counsel, in an Immigration Court with jurisdiction, or with administrative control, over the Petitioners' detention.

e.   The bond hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.l, 1003.19, and 1236.l, and the Respondents shall provide Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes with any other process due to him under these provisions.

f.   If Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes are not released on bond by an immigration officer, or provided with a bond hearing before an immigration judge, **on or before April 29, 2026**, the

2

Respondents shall release the Petitioners from custody.  If released, the Petitioners may be subject to conditions, including a requirement that they appear at a bond hearing at the Immigration Court in Baltimore, Maryland or Hyattsville, Maryland.

**IT IS FURTHER ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

**IT IS FURTHER ORDRED** that the parties shall **FILE** a joint status report **on or before May 1, 2026,** to confirm if the Respondents have provided Petitioners Francisco Enrique Cortez Martinez and Jose Jhonatan Rivas Reyes with a bond hearing.  If the Petitioners have not been released from custody, the Respondents shall state whether and when a bond hearing was held in accordance with this Order and shall further inform the Court of the grounds for the immigration judge's decision; and if the Petitioners have been released or otherwise received the relief sought, the parties shall so advice the Court and, if appropriate, file a notice of dismissal.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

3